# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2468
LT Case No. 1998-CF-12871-A

_____

MOSE WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Mose Williams, Lake City, pro se.

No Appearance for Appellee.

September 26, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., LAMBERT, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————